United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT E. HARRISON,<br>Plaintiff,<br>v.<br>DEPARTMENT OF VETERANS AFFAIRS,<br>Defendant. | Case No. 26-cv-10765-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Bryant Harrison has not responded to the Clerk's Notice to file a complaint. (Dkt. No. 2.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Harrison may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain a complaint on this Court's form.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 6, 2026

WILLIAM H. ORRICK
United States District Judge